## Bainbridge, Appellant, *v.* Merchants and Miners Transportation Co.

Argued January 5, 1932. Before FRAZER, C. J., SIMPSON, KEPHART, SCHAFFER, MAXEY and DREW, JJ.

206

*Edwin J. McDermott,* with him *William Charles Brown,* for appellant.

*James W. West, 3d,* and *Frank H. Massey, 2d,* for appellee, were not heard.

PER CURIAM, February 3, 1932:

The order of the court below dismissing this action for want of jurisdiction is affirmed on the opinion of Judge FINLETTER, which clearly and adequately discusses the question involved.

Judgment affirmed.